1  Sara A. Simmons, Esq. (SB# 087029)
   **LAW OFFICES OF SARA A. SIMMONS, APC**
2  221 Main Street, Sixteenth Floor
   San Francisco, CA 94105-1936
3  Telephone:  (415) 344-0244
   Facsimile:  (415) 348-8720
4  sara@simmlaw.com

5  Attorneys for Defendant
   US Airways, Inc.
6

7
                  UNITED STATES DISTRICT COURT
8
                  NORTHERN DISTRICT OF CALIFORNIA
9
                      SAN FRANCISCO DIVISION
10

11 REBECCA HANNAHS,                )  Case No. C 05-03473 EMC
                                   )
12         Plaintiff,              )  **STIPULATION FOR EXTENSION OF TIME**
                                   )  **FOR DEFENDANT TO RESPOND TO THE**
13    v.                           )  **COMPLAINT** ; ORDER
                                   )
14 US AIRWAYS, INC.                )  [ Civil LR 6-1]
                                   )
15         Defendants.             )
                                   )
16                                 )  Complaint filed:     August 26, 2005
   _____ )
17

18 //
19 //
20 //
21 //
22 //
23 //
24 //
25 //
26 //
27 //
28 //

                                    1
---
**STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO THE COMPLAINT**
                                                         Case No.  C 05-03473 EMC

1  The parties hereto, by and through their respective counsel, hereby agree and stipulate,
2  pursuant to Civil L.R. 6-1, to an extension of the time for Defendant US Airways, Inc., to respond to
3  the Complaint through and including Monday, October 17, 2005.
4  This stipulation may be executed in counterparts by facsimile, each of which shall be
5  deemed an original, but which taken together will constitute one and the same document.
6
7  IT IS SO STIPULATED.
8
9
10  Date: September 26, 2005        LAW OFFICES OF SARA A. SIMMONS, APC
11
12                                  By: /s/ Sara A. Simmons
13                                      Sara A. Simmons
                                        Attorneys for Defendant
                                        US Airways, Inc.
14
15
16  Date: September ___, 2005       STERNS & WALKER
17
18                                  By: _____
19                                      Brenda D. Posada
                                        Attorneys for Plaintiff
                                        Rebecca Hannahs
20
21
22
23
24
25
26
27
28

2

STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO THE COMPLAINT
Case No. C 05-03473 EMC

1  The parties hereto, by and through their respective counsel, hereby agree and stipulate,
2  pursuant to Civil L.R. 6-1, to an extension of the time for Defendant US Airways, Inc., to respond to
3  the Complaint through and including Monday, October 17, 2005.
4  This stipulation may be executed in counterparts by facsimile, each of which shall be
5  deemed an original, but which taken together will constitute one and the same document.

7  IT IS SO STIPULATED.

10  Date: September 26, 2005        LAW OFFICES OF SARA A. SIMMONS, APC

12                                   By: /s/ Sara A. Simmons
                                         Sara A. Simmons
13                                       Attorneys for Defendant
                                         US Airways, Inc.

16  Date: September 29, 2005        STERNS & WALKER

18                                   By: /s/ Brenda D. Posada
                                         Brenda D. Posada
19                                       Attorneys for Plaintiff
                                         Rebecca Hannahs

22  IT IS SO ORDERED:

25  EDWARD M. CHEN
    UNITED STATES MAGISTRATE JUDGE

                                    2

STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO THE COMPLAINT
Case No. C 05-03473 EMC