## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

REBECCA HANNAHS

           Plaintiff(s),

      v.

US AIRWAYS, INC.

           Defendant(s).

                   /

CASE NO. C05-3473 EMC

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**

Non-binding Arbitration (ADR L.R. 4)

Early Neutral Evaluation (ENE)  (ADR L.R. 5)

✔ Mediation (ADR L.R. 6)  – Subject to re-confirmation from Defendant's Insurance Carrier

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**

Private ADR *(please identify process and provider)*  N/A

The parties agree to hold the ADR session by:

the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

other requested deadline  April 10, 2006

Dated: 12/7/05

Dated: 12/7/2005

Brenda D. Posada
Attorney for Plaintiff

Sara Simmons
Attorney for Defendant

**[PROPOSED] ORDER**

Pursuant to the Stipulation above, the captioned matter is hereby referred to:

      Non-binding Arbitration

      Early Neutral Evaluation (ENE)

✔     Mediation

      Private ADR

Deadline for ADR session

      90 days from the date of this order.

✔     other   April 10, 2006

IT IS SO ORDERED.

Dated:    **12/9/05**



UNITED   Judge Edward M. Chen   JUDGE