1 | Sara A. Simmons, Esq. (SB# 087029)
**LAW OFFICES OF SARA A. SIMMONS, APC**
2 | 221 Main Street, Sixteenth Floor
San Francisco, CA 94105-1936
3 | Telephone: (415) 344-0244
Facsimile: (415) 348-8720
4 | sara@simmlaw.com

5 | Attorneys for Defendant
US Airways, Inc.

6

7

8 | UNITED STATES DISTRICT COURT

9 | NORTHERN DISTRICT OF CALIFORNIA

10 | SAN FRANCISCO DIVISION

11 | REBECCA HANNAHS,                    ) Case No. C 05-03473 EMC
                                        )
12 |             Plaintiff,              ) **STIPULATION AND [PROPOSED] ORDER
                                        ) FOR CONTINUANCE OF THE JANUARY 4,
13 |       v.                            ) 2006 CASE MANAGEMENT CONFERENCE
                                        ) TO JANUARY 11, 2006**
14 | US AIRWAYS, INC.                    )
                                        ) [ Civil LR 16-2]
15 |             Defendants.             )
                                        )
16 |                                     ) Complaint filed:   August 26, 2005
                                        )
17

18 | //
19 | //
20 | //
21 | //
22 | //
23 | //
24 | //
25 | //
26 | //
27 | //
28 | //

1

**STIPULATION AND [PROPOSED] ORDER FOR CONTINUANCE OF THE JANUARY 4, 2006 CASE
MANAGEMENT CONFERENCE                                      Case No. C 05-03473 EMC**

| | |
|---|---|
| 1 | The parties hereto, by and through their respective counsel, hereby agree and stipulate, pursuant to Civil L.R. 12-2, to continue the January 4, 2006 Case Management Conference to Wednesday, January 11, 2006, as lead trial counsel for US Airways will be out of the country though January 6, 2006. |
| 5 | This stipulation may be executed in counterparts by facsimile, each of which shall be deemed an original, but which taken together will constitute one and the same document. |
| 8 | IT IS SO STIPULATED. |

Date: December ___, 2005          LAW OFFICES OF SARA A. SIMMONS, APC

By: _____/s/_____
    Sara A. Simmons
    Attorneys for Defendant
    US Airways, Inc.

Date: December ___, 2005          STERNS & WALKER

By: _____
    Brenda D. Posada
    Attorneys for Plaintiff
    Rebecca Hannahs

APPROVED AND SO ORDERED:

Dated: December 19, 2005

_____
THE HONORABLE EDWARD M. CHEN
United States Magistrate Judge

2

**STIPULATION AND [PROPOSED] ORDER FOR CONTINUANCE OF THE JANUARY 4, 2006 CASE MANAGEMENT CONFERENCE**
Case No. C 05-03473 EMC