Law Offices of
Sterns & Walker

Gerald C. Sterns
Elizabeth W. Walker
Brenda D. Posada
Eric M. Steinle

Clocktower Building, Old Oakland
901 Clay Street
Oakland, California 94607
(510) 267-0500    tel
(510) 267-0506    fax

580 California St
Suite 500
San Francisco, California 94104
(415) 255-4700
(415) 255-4747

Please Reply to: Oakland

(800) 543-2304
email sterns@trial-law.com
websites www.trial-law.com
www.airlawyer.net

May 1, 2006

Honorable Edward M. Chen
U.S. Magistrate Judge
U. S. District Court, Northern District of California
450 Golden Gate Avenue
Courtroom C, 15th Floor
San Francisco, CA 94102

    RE:   **Hannahs v US Airways**
           **Case No: C05-03473**

Dear Magistrate Judge Chen:

    Plaintiff's counsel would like to request a telephonic appearance for the Status Conference set in this matter for Wednesday, May 3, at 1:30 p.m.

    Plaintiff's counsel had two court appearances in Central District of Los Angeles on two different matters on May 1, 2006. Unfortunately at the last minute, the court postponed one of the hearings from Monday, May 1 to Tuesday, May 2. As a result of having to extend the Los Angeles trip for another day, plaintiff's counsel has to be in the office on Wednesday, May 3, in order to complete drafting and filing an opposition to a demurrer that is due to be filed on that day in another matter, and which she had planned to complete on Tuesday, May 2. Plaintiff's counsel can be available for a telephonic appearance for the Status Conference on May 3, but being out of the office would leave no time to complete drafting the pleading. Unfortunately, there is no other attorney in the office knowledgeable of the facts in the other matter that can draft the pleading.

    Thank you for the consideration given this request.

                          Very truly yours,

                          Brenda D. Posada

BDP/sm
IT IS SO ORDERED

_____
Edward M. Chen
U.S. Magistrate Judge