1  Sara A. Simmons, Esq. (SB# 087029)
   **LAW OFFICES OF SARA A. SIMMONS, APC**
2  221 Main Street, Sixteenth Floor
   San Francisco, CA 94105-1936
3  Telephone: (415) 344-0244
   Facsimile: (415) 348-8720
4  E-mail: sara@simmlaw.com

5  Attorneys for Defendant
   US Airways, Inc.
6

7                      UNITED STATES DISTRICT COURT

8                     NORTHERN DISTRICT OF CALIFORNIA

9                          SAN FRANCISCO DIVISION

10
                                              ) Case No. C 05-03473 EMC MED
11                                            )
   REBECCA HANNAHS,                           )
12                                            )
                Plaintiff,                    ) **STIPULATION AND ORDER FOR**
13                                            ) **PHYSICAL EXAMINATION OF PLAINTIFF**
        v.                                    )
14                                            ) [FRCP Rule 35]
   US AIRWAYS, INC.                           )
15                                            ) Complaint filed:    August 26, 2005
                Defendants.                   )
16                                            ) Trial Date:         January 8, 2006
                                              )
17                                            )
   _____)
18

19  //

20  //

21  //

22  //

23  //

24  //

25  //

26  //

27  //

28  //

-1-

**STIPULATION AND ORDER FOR PHYSICAL EXAMINATION OF PLAINTIFF**
**Case No. C 05-03473 EMC MED**

1  The parties hereto, by and through their respective counsel, hereby agree and stipulate
2  pursuant to F.R.C.P. Rule 35, that Plaintiff will be produced for a physical examination by a
3  suitably licensed or certified examiner of Defendant's choosing on a date to be mutually agreed
4  upon by the parties. Said examination will not include blood testing, photographs or videotaping.
5  This stipulation may be executed in counterparts by facsimile, each of which shall be
6  deemed an original, but which taken together will constitute one and the same document.
7  IT IS SO STIPULATED.

Dated: July ___, 2006  /S/
Sara A. Simmons
LAW OFFICES OF SARA A. SIMMONS, APC
Attorneys for Defendant US Airways, Inc.

Dated: July ___, 2006  /S/
Brenda D. Posada
Sterns & Walker
Attorneys for Plaintiff Rebecca Hannahs

APPROVED AND SO ORDERED:

Dated: July 18, 2006

THE HONORABLE
United States

IT IS SO ORDERED
Judge Edward M. Chen

-2-

**STIPULATION AND ORDER FOR PHYSICAL EXAMINATION OF PLAINTIFF**
Case No. C 05-03473 EMC MED