| | |
|---|---|
| 1 | Sara A. Simmons, Esq. (SB# 087029) |
| 2 | **LAW OFFICES OF SARA A. SIMMONS, APC**<br>221 Main Street, Sixteenth Floor |
| 3 | San Francisco, CA 94105-1936<br>Telephone:  (415) 344-0244 |
| 4 | Facsimile:   (415) 348-8720<br>E-mail:       sara@simmlaw.com |
| 5 | Attorneys for Defendant |
| 6 | US Airways, Inc. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | | |
|---|---|---|---|
| REBECCA HANNAHS, | ) | Case No. C 05-03473 EMC MED | |
| Plaintiff, | ) | | |
| v. | ) | **JOINT STIPULATION AND [PROPOSED] ORDER FOR CONTINUANCE OF THE AUGUST 9, 2006 CASE MANAGEMENT CONFERENCE TO SEPTEMBER 13, 2006** | |
| US AIRWAYS, INC. | ) | | |
| Defendants. | ) | | |
| | ) | CMC date: | September 13, 2006 |
| | ) | Time: | 2:30 p.m. |
| | ) | Courtroom: | C, 15th Floor |
| | ) | Complaint filed: | August 26, 2005 |
| | ) | Trial Date: | January 8, 2007 |

The parties to the above-entitled action have jointly requested that the Case Management Conference currently set for August 9, 2006 @ 2:30 p.m. be continued, and the Court has granted that request, to September 13, 2006.

///

///

///

///

-1-

**JOINT STIPULATION/ORDER  TO CONTINUE CASE MANAGEMENT CONFERENCE TO SEPTEMBER 13, 2006**
Case No. C 05-03473 EMC MED

1   A Joint Case Management Statement is now due on September 6, 2006.

3   IT IS SO STIPULATED

4                                   LAW OFFICES OF SARA A. SIMMONS, APC

6   Dated: August 4, 2006                    /s/
                                     _____
                                     Sara A. Simmons
7                                    Attorneys for Defendant US Airways, Inc.

9                                    STERNS & WALKER

11  Dated: August 4, 2006                    /s/
                                     _____
                                     Brenda D. Posada
12                                   Attorneys for Plaintiff Rebecca Hannahs

16  APPROVED AND SO ORDERED:

                                     IT IS SO ORDERED
                                     Judge Edward M. Chen

19  Dated: August 8, 2006         _____
                                     THE HONORABLE EDWARD M. CHEN
20                                   United States District Court Judge

N:\sasdocs\22223\160\PLEAD\00005024.WPD

-2-

JOINT STIPULATION/ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE TO SEPTEMBER 13, 2006
Case No. C 05-03473 EMC MED