1  GERALD C. STERNS (Bar No. 029976)
   BRENDA D. POSADA (Bar No. 152480)
2  STERNS & WALKER
3  901 Clay Street
   Oakland, CA 94607
4  Telephone: (510) 267-0500
   Facsimile: (510) 267-0506
5
6  Attorney for Plaintiff
   REBECCA HANNAHS
7
8
9              IN THE UNITED STATES DISTRICT COURT
10                NORTHERN DISTRICT OF CALIFORNIA
11
12 REBECCA HANNAHS,                    ) Case No.: C05-03473ADR
                                       )
13           Plaintiff,                ) STIPULATION EXTENDING DATES FOR
                                       ) EXPERT DISCLOSURE AND NON-EXPERT
14     vs.                             ) DISCOVERY; ORDER THEREON
                                       )
15 US AIRWAYS, INC., a corporation,    )
                                       )
16           Defendant.                )
17

18     The parties hereby stipulate as follows:

19     The Plaintiff requests, and the Defendant stipulates to a five week extension of the expert

20 disclosure and reports deadline, set currently for Wednesday, August 9, 2006, through and including

21 Thursday, September 14, 2006.  Good cause exists for such request in that Brenda Posada, the primary

22 lawyer in charge of Plaintiff's case, recently lost her mother. As the family spokesperson, she must make

23 all the necessary arrangements, and has been out of the office periodically.

24
25     The Defendant requests, and the Plaintiff stipulates to a five week extension of the non-expert

26 discovery deadline, set currently for Wednesday, August 9, 2006, through and including Thursday,

27 September 14, 2006. Good cause exists for such request in that Plaintiff, Rebecca Hannahs, has recently
28

become pregnant and is now making certain damage claims regarding same in this case. Defendant needs time to obtain complete and additional records regarding the above, and to withdraw a hold on defendant's previous subpoenas now that plaintiff's damages' claims have broadened.

IT IS SO STIPULATED.

Dated: August 3, 2006

STERNS & WALKER

_____
Brenda D. Posada
Attorneys for Plaintiff

Dated: 8/3/06

_____
Sara A. Simmons
LAW OFFICES OF SARA A. SIMMONS
Attorneys for Defendant US Airways, Inc.

## ORDER

IT IS SO ORDERED. The deadline for expert disclosure and non-expert discovery is hereby extended for five weeks, or until September 13, 2006.

DATED: August 8, 2006

_____
Edward M. Chen

IT IS SO ORDERED
Judge Edward M. Chen
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STIPULATION EXTENDING DATES FOR EXPERT DISCLOSURE AND NON-EXPERT DISCOVERY