1  GERALD C. STERNS (Bar No. 029976)
2  BRENDA D. POSADA (Bar No. 152480)
   STERNS & WALKER
3  901 Clay Street
   Oakland, CA 94607
4  Telephone: (510) 267-0500
5  Facsimile: (510) 267-0506

6  Attorney for Plaintiff
   REBECCA HANNAHS

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBECCA HANNAHS, | Case No.: C05-03473ADR |
| Plaintiff, | **STIPULATION EXTENDING REBUTTAL EXPERTS DEADLINE** ; ORDER |
| vs. | |
| US AIRWAYS, INC., a corporation, | |
| Defendant. | |

The parties hereby stipulate as follows:

As the Court has agreed to extend expert disclosure to and until September 13, 2006, the parties

///
///
///
///
///
///
///

-1-
STIPULATION EXTENDING REBUTTAL EXPERTS DEADLINE

Sept. 28, 2006 (BP)

1  agree to extend the rebuttal expert disclosure for 30 days pursuant to FRCP 26(a)(2)(c), or to October 13,
2  2006.
3      It is further agreed by the parties to extend the last date for completion of expert discovery to
4  October 13, 2006.
5      IT IS SO STIPULATED.
6
7  Dated: August 21, 2006                    STERNS & WALKER
8                                            [signature]
9                                            Brenda D. Posada
10                                           Attorneys for Plaintiff
11
12 Dated: August 22, 2006                    [signature]
13                                           Sara A. Simmons
                                             LAW OFFICES OF SARA A. SIMMONS
14                                           Attorneys for Defendant US Airways, Inc.
15
16                                    ORDER
17
18     IT IS SO ORDERED.
19     1. The deadline for rebuttal expert disclosure is hereby extended until October 13, 2006.
20     2. The deadline for completion of expert discovery is extended until October 13, 2006.
21
22
23 DATED: _____August 28, 2006_____
                                             Edward M. Chen, Magistrate
24
25
26
27
28

IT IS SO ORDERED
[signature]
Judge Edward M. Chen
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

-2-
STIPULATION EXTENDING REBUTTAL EXPERT DISCLOSURE