Sara A. Simmons, Esq. (SB# 087029)
**LAW OFFICES OF SARA A. SIMMONS, APC**
221 Main Street, Sixteenth Floor
San Francisco, CA 94105-1936
Telephone: (415) 344-0244
Facsimile: (415) 348-8720
E-mail: sara@simmlaw.com

Attorneys for Defendant
US Airways, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| REBECCA HANNAHS,<br><br>Plaintiff,<br><br>v.<br><br>US AIRWAYS, INC.<br><br>Defendants. | Case No. C 05-03473 EMC MED<br><br>**STIPULATION AND ORDER FOR FURTHER EXTENSION OF EXPERT DISCOVERY DEADLINES**<br><br>Complaint filed: August 26, 2005<br>Trial Date: January 8, 2007 |

The parties hereto, by and through their respective counsel, hereby agree and stipulate to a further extension of expert discovery due to unanticipated continuing delays in obtaining Plaintiff's medical records.

The Court has previously granted extensions of expert discovery deadlines. By Order of August 8, 2006, the Court extended expert disclosures to September 13, 2006, and by Order of August 28, 2006, this Court extended the deadlines for rebuttal expert disclosure to September 28, 2006, and for completion of expert discovery to October 13, 2006.

Defendant US Airways still awaits multiple medical records, including imaging studies, which were subpoenaed as early as April 2006, and subsequently. The parties have informally resolved the dispute regarding these records.

-1-

**STIPULATION AND ORDER FOR FURTHER EXTENSION OF EXPERT DISCOVERY DEADLINES**
**C05-03473 EMC MED**

1  The proposed expert discovery deadlines for both parities are as follows:

2  Expert Disclosure: October 13, 2006

3  Rebuttal Expert Disclosure: October 27, 2006

4  Close of Expert Disclosure: November 9, 2006

5  This stipulation may be executed in counterparts by facsimile, each of which shall be

6  deemed an original, but which taken together will constitute one and the same document.

7  IT IS SO STIPULATED.

8

9  Dated: September ____, 2006         STERNS & WALKER

10

11                                        _____/s/_____
                                          Gerald C. Sterns
12                                        Attorneys for Plaintiff Rebecca Hannahs

13  Dated: September ____, 2006         LAW OFFICES OF SARA A. SIMMONS, APC
14

15                                        _____/s/_____
16                                        Sara A. Simmons
                                          Attorneys for US Airways, Inc.
17

18                                    **ORDER**

19  IT IS SO ORDERED. The deadlines for expert discovery are as follows:

20      Expert Disclosure: October 13, 2006

21      Rebuttal expert Disclosure: October 27, 2006

22      Close of Expert Disclosure: November 9, 2006

23

24

25  DATED: ____September 13, 2006____

26                                        THE HONORABLE EDWARD M. CHEN
                                          United States Magistrate Judge
27  N:\sasdocs\22223\160\PLEAD\00011623.WPD

28

-2-

**STIPULATION AND ORDER FOR FURTHER EXTENSION OF EXPERT DISCOVERY DEADLINES**
**C05-03473 EMC MED**

*[Court seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA - IT IS SO ORDERED - Judge Edward M. Chen]*