1  Sara A. Simmons, Esq. (SB# 087029)
   **LAW OFFICES OF SARA A. SIMMONS, APC**
2  221 Main Street, Sixteenth Floor
   San Francisco, CA 94105-1936
3  Telephone: (415) 344-0244
   Facsimile: (415) 348-8720
4  sara@simmlaw.com

5  Attorneys for Defendant
   US Airways, Inc.
6

7
              UNITED STATES DISTRICT COURT
8
              NORTHERN DISTRICT OF CALIFORNIA
9
              SAN FRANCISCO DIVISION
10

11 REBECCA HANNAHS,                    )  Case No. C 05-03473 EMC
                                       )  *& ORDER*
12             Plaintiff,              )  **STIPULATION FOR BRIEFING SCHEDULE**
                                       )  **TO HEAR DEFENDANT US AIRWAYS,**
13      v.                             )  **INC.'S MOTION TO RE-OPEN NON-**
                                       )  **EXPERT DISCOVERY**
14 US AIRWAYS, INC.                    )  [ Civil LR 6-3(a)2]
                                       )
15             Defendants.             )
                                       )
16 _____     )  Complaint filed:    August 26, 2005

17 F
18 //
19 //
20 //
21 //
22 //
23 //
24 //
25 //
26 //
27 //
28
                                       1

STIPULATION FOR BRIEFING SCHEDULE TO HEAR DEFENDANT US AIRWAYS, INC.'S MOTION TO
RE-OPEN NON-EXPERT DISCOVERY                              Case No. C 05-03473 EMC

1   The parties hereto, by and through their respective counsel, hereby agree and stipulate,
2   pursuant to Civil L.R. 6-3, to a hearing on shortened time for Defendant US Airways, Inc. Motion to
3   Re-Open Non-Expert Discovery.
4   The parties propose the hearing on Wednesday, October 4, 2006, with the following briefing
5   schedule:
6   1.   US Airways files motion by the end of the day, Tuesday, September 26, 2006;
7   2.   Plaintiff files any opposition by noon, Friday, September 19, 2006; and,
8   3.   Defendant files reply by 5 p.m., Monday, October 2, 2006.
9   This stipulation may be executed in counterparts by facsimile, each of which shall be
10  deemed an original, but which taken together will constitute one and the same document.

12  IT IS SO STIPULATED.

15  Date: September 26, 2006                LAW OFFICES OF SARA A. SIMMONS, APC

17                                          By: _____/s/_____
                                                Sara A. Simmons
18                                              Attorneys for Defendant
                                                US Airways, Inc.

21  Date: September 26, 2005                STERNS & WALKER

23                                          By: : _____/s/_____
                                                Brenda D. Posada
24                                              Attorneys for Plaintiff
                                                Rebecca Hannahs

2

STIPULATION FOR BRIEFING SCHEDULE TO HEAR DEFENDANT US AIRWAYS, INC.'S MOTION TO
RE-OPEN NON-EXPERT DISCOVERY                                              Case No. C 05-03473 EMC

## ORDER

The Court hereby Orders that the Hearing on Defendant US Airways, Inc. Motion to Re-Open Non-Expert Discovery is set for ~~Wednesday~~ FRIDAY, October ~~4~~ 6, 2006, at 10:30 a.m., and the briefing schedule as follows:

1. US Airways files motion by the end of the day, Tuesday, September 26, 2006;
2. Plaintiff files any opposition by noon, Friday, September ~~19~~ 29, 2006; and,
3. Defendant files reply by ~~5~~ 4 p.m., Monday, October 2, 2006.

IT IS SO ORDERED.

DATED: Sept. 26, 2006

_____
THE HONORABLE EDWARD M. CHEN

3

STIPULATION FOR BRIEFING SCHEDULE TO HEAR DEFENDANT US AIRWAYS, INC.'S MOTION TO RE-OPEN NON-EXPERT DISCOVERY
Case No. C 05-03473 EMC