Sara A. Simmons, Esq. (SB# 087029)
LAW OFFICES OF SARA A. SIMMONS, APC
221 Main Street, Sixteenth Floor
San Francisco, CA 94105-1936
Telephone: (415) 344-0244
Facsimile: (415) 348-8720
E-mail: sara@simmlaw.com

Attorneys for Defendant
US Airways, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

REBECCA HANNAHS,

    Plaintiff,

v.

US AIRWAYS, INC.

    Defendants.

Case No. C 05-03473 EMC MED

STIPULATION & ORDER RE REOPENING NON-EXPERT DISCOVERY AND LIMITATION ON RECOVERABLE DAMAGES

Complaint filed: August 26, 2005

Trial Date: January 8, 2006

//
//
//
//
//
//
//
//
//

-1-

1  The parties hereto, by and through their respective counsel, hereby agree and stipulate to the
2  following:

3     1.    Plaintiff Rebecca Hannahs hereby agrees to and does withdraw all claims against
4  Defendant US Airways, Inc., as to any right to any and all types and kinds of damages relating in
5  any manner to Plaintiff's efforts to conceive, give birth or have a child and her previously asserted
6  claims, among other things, for nanny and life care, or emotional distress, regarding the above.

7     2.    Defendant US Airways agrees to not seek to discover the records of Plaintiff's
8  OBGYN.

9     3.    The parties agree and stipulate to a further extension of non-expert discovery due to
10 unanticipated continuing delays in obtaining Plaintiff's medical records.

11 The original non-expert discovery cutoff was August 9, 2006. On August 8, 2006, upon
12 stipulation and request by the parties, the Court ordered an extension for completion of non-expert
13 discovery to September 13, 2006.

14 Defendant US Airways still awaits, however, multiple medical records, including imaging
15 studies, which were subpoenaed as early as April 2006, and subsequently. The parties have
16 informally resolved the dispute regarding these records. But, in the medical records which US
17 Airways has received after the September 13, 2006 discovery cutoff, Defendant has learned for the
18 first time that there are yet other facilities where Plaintiff received treatment, and this is the first
19 time US Airways learned there are records at these facilities.

20 Thus, good cause exists to reopen non-expert discovery to permit US Airways to obtain such
21 records.

22 It is proposed that non-expert discovery be reopened for 30 days following the date of the
23 order reopening same, for the limited purpose of obtaining records from said facilities and expressly
24 precluding the records of Plaintiff's OBGYN.

25 Said stipulation is contingent upon the approval and order of the Court.
26 This stipulation may be executed in counterparts by facsimile, each of which shall be
27 deemed an original, but which taken together will constitute one and the same document.
28

-2-

STIPULATION & ORDER RE REOPENING DISC. & LIMITATION ON RECOVERABLE DAMAGES
Case No. C 05-03473 EMC MED

IT IS SO STIPULATED.

Dated: 10/2, 2006

_____
Sara A. Simmons
LAW OFFICES OF SARA A. SIMMONS, APC
Attorneys for Defendant US Airways, Inc.

Dated: 10/2, 2006

_____
Brenda D. Posada  (with change to ¶1 as above)
Sterns & Walker
Attorneys for Plaintiff Rebecca Hannahs

### ORDER

APPROVED AND SO ORDERED: It is established that Plaintiff's claims for damages relating to child birth/rearing, as set forth above in paragraph 1, are withdrawn, and may not be reinstated in this action. Non-expert discovery shall be reopened for 30 days following the date of this Order, for the limited purpose of obtaining records from newly identified additional facilities where Plaintiff received treatment, and expressly precluding discovery of the records of Plaintiff's OBGYN.

THE HEARING ON DEFENDANT'S MOTION TO RE-OPEN NON-EXPERT DISCOVERY IS VACATED.

Dated: OCT 3, 2006

_____
THE HONORABLE EDWARD M. CHEN
United States District Court Magistrate Judge

-3-

STIPULATION & ORDER RE REOPENING DISC. & LIMITATION ON RECOVERABLE DAMAGES
Case No. C 05-03473 EMC MED