1  Sara A. Simmons, Esq. (SB# 087029)
   **LAW OFFICES OF SARA A. SIMMONS, APC**
2  221 Main Street, Sixteenth Floor
   San Francisco, CA 94105-1936
3  Telephone: (415) 344-0244
   Facsimile: (415) 348-8720
4  E-mail: sara@simmlaw.com

5  Attorneys for Defendant
   US Airways, Inc.

6

7  Brenda D. Posada
   STERNS & WALKER
8  901 Clay Street
   Oakland, CA 94607
9  Tel: (510) 267-0500
   Fax: (510) 267-0506
10 Email: Brenda@trial-law.com

11 Attorneys for Plaintiff
   Rebecca Hannahs

12

13                     UNITED STATES DISTRICT COURT

14                    NORTHERN DISTRICT OF CALIFORNIA

15                         SAN FRANCISCO DIVISION

16                                         )  Case No. C 05-03473 EMC MED
                                           )
17  REBECCA HANNAHS,                       )
                                           )  **STIPULATION FOR DISMISSAL; ORDER**
18           Plaintiff,                    )  **OF DISMISSAL**
                                           )
19      v.                                 )
                                           )
20  US AIRWAYS, INC.                       )  Complaint filed:    August 26, 2005
                                           )
21           Defendants.                   )  Trial Date:         January 8, 2007
                                           )
22  _____)

23      Pursuant to the terms and conditions of resolution, and pursuant to FRCP 41(a)(1), the

24  parties hereby stipulate that the complaint in this action be dismissed with prejudice, with the parties

25  bearing their own fees and costs.

26      This stipulation may be executed in counterparts by facsimile, each of which shall be

27  deemed an original, but which taken together will constitute one and the same document.

28
                                           -1-
    STIPULATION FOR DISMISSAL; ORDER OF DISMISSAL              Case No. C 05-03473 EMC MED

IT IS SO STIPULATED.

Dated: January 19, 2007

Sara A. Simmons
LAW OFFICES OF SARA A. SIMMONS, APC
Attorneys for Defendant US Airways, Inc.

Dated: January 19, 2007

Brenda D. Posada
STERNS & WALKER
Attorneys for Plaintiff Rebecca Hannahs

## ORDER OF DISMISSAL

Pursuant to the provisions of Federal Rules of Civil Procedure, Rule 41(a)(1), this action is dismissed with prejudice, each parties bearing their own fees and costs.

IT IS SO ORDERED.

Dated: January 22, 2007

THE HONORABLE
United States District

**IT IS SO ORDERED**
Judge Edward M. Chen

-2-

STIPULATION FOR DISMISSAL; ORDER OF DISMISSAL     Case No. C 05-03473 EMC MED